UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| REGINA JOANN MYERS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case: 1:17-cv-00702 (F-Deck) |
| v. | ) | Assigned To : Unassigned |
| | ) | Assign. Date : 4/18/2017 |
| U.S. DISTRICT COURT, | ) | Description: Pro Se Gen. Civil |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. It appears that plaintiff intends to sue family members who allegedly are preventing her from receiving proceeds of a large trust fund. The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint carefully, the Court concludes that what factual contentions are identifiable are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 4/11/17

3